**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **EEI Global, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  EEI Global**<br>**DBA  EEI Graphics**<br>**DBA  Exhibit Enterprises**<br>**DBA  Exhibit Enterprises, Inc.**<br>**DBA  Exhibit Productions, Inc.**<br>**DBA  Eye Magnet** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **38-2380984** |

| 4. | **Debtor's address** | **Principal place of business**<br><br>**1601 W. Hamlin Road**<br>**Rochester Hills, MI 48309**<br>Number, Street, City, State & ZIP Code<br><br>**Oakland**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | **Debtor's website** (URL) | **www.eeiglobal.com** |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
|---|---|---|

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | **EEI Mobile, LLC** | Relationship **Affiliate** |
| District | **Eastern District of Michigan** When **6/20/24** | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .  *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| 16. Estimated liabilities | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|
| | ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | EEI Global, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

6/20/24 5:39PM

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 20, 2024**
MM / DD / YYYY

X **/s/ Derek M. Gentile**           **Derek M. Gentile**
Signature of authorized representative of debtor        Printed name

Title **President and CEO**

**18. Signature of attorney**

X **/s/ Lynn M. Brimer**         Date **June 20, 2024**
Signature of attorney for debtor            MM / DD / YYYY

**Lynn M. Brimer P43291**
Printed name

**Strobl PLLC**
Firm name

**33 Bloomfield Hills Parkway**
**Suite 125**
**Bloomfield Hills, MI 48304**
Number, Street, City, State & ZIP Code

Contact phone **(248) 540-2300**   Email address

**P43291 MI**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **EEI Global, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 20, 2024**    X **/s/ Derek M. Gentile**
Signature of individual signing on behalf of debtor

**Derek M. Gentile**
Printed name

**President and CEO**
Position or relationship to debtor

# United States Bankruptcy Court
## Eastern District of Michigan

In re  **EEI Global, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Derek M. Gentile Trust Agreement**<br>**2660 W. Buell Road**<br>**Oakland, MI 48363** | **Equity** | **100%** | **Shares** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President and CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June 20, 2024**

Signature  **/s/ Derek M. Gentile**  
**Derek M. Gentile**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### Eastern District of Michigan

In re  **EEI Global, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President and CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June 20, 2024**

**/s/ Derek M. Gentile**  
**Derek M. Gentile**/**President and CEO**  
Signer/Title

3LI, LLC
P. O. Box 8105
Elkridge, MD 21075


ABB Inc. - New Berlin LV Drives and Moto
2500 S. Commerce Drive
New Berlin, WI 53151


Action Mat & Towel Rental
P. O. Box 87
Warren, MI 48090


ADP Inc.
P. O. Box 830272
Philadelphia, PA 19182-0272


American Axle & Manufacturing
One Dauch Drive
Detroit, MI 48211


APTIV
5725 Innovation Drive
Troy, MI 48098


Autoliv
1320 Pacific Drive
Auburn Hills, MI 48326


Backcountry BC & Beyond
PO Box 291
Cranbrook, BC V1C4H8


Bluewater Technologies, Inc.
30303 Beck Rd.
Wixom, MI 48393


Bodman PLC
Attn: Ralph McDowell
1901 St. Antione Street
6th Floor at Ford Field
Detroit, MI 48226


Byrne Plywood Inc.
8283 Pontiac Trail
South Lyon, MI 48178

Carpenters Pension Trust Fund - Detroit
6525 Centurion Drive
Lansing, MI 48917-9275


CCH Wolters Kluwer
P. O. Box 4307
Carol Stream, IL 60197


Central State Pension Fund
9377 West Higgins Road
Des Plaines, IL 60018-4938


Comcast
PO Box 70219
Philadelphia, PA 19176-0219


Comerica Bank
PO Box 75000
Detroit, MI 48275


Control Tech (APTIV)
5725 Innovation Drive
Troy, MI 48098


David M. Gentile Trust Agreement
c/o David M. Gentile, Trustee
22800 30th Street
Sears, MI 49679


Dell Financial Services
Payment Processing Center
PO Box 6410
Carol Stream, IL 60197-6410


Denso
24777 Denso Drive
Southfield, MI 48086-5047


Derek Watkins
Sachs Waldman, Professional Corporation
1423 Twelve Mile Road
Madison Heights, MI 48071

DTE Energy
PO Box 740786
Cincinnati, OH 45274-0786


EEI Mobile, LLC
1601 West Hamlin Road
Rochester Hills, MI 48309


EEI Mobile, LLC
1601 W. Hamlin Rd
Rochester Hills, MI 48309


Federal Express
P. O. Box 371461
Pittsburgh, PA 15250-7461


General Motors
Renaissance Center - 300
Detroit, MI 48265-3000


GM Financial Leasing
75 Remittance Drive
Suite 1738
Chicago, IL 60675


GNE Paint & Supplies, Inc.
24640 John R
Hazel Park, MI 48030


IAC
28333 Telegraph Road
Southfield, MI 48034


ING Financial Partners
1133 Avenue of the Americas
New York, NY 10036


IWERK Technical Services
856 E. 9 Mile Rd.
Ferndale, MI 48220


KTW, LLC
32085 Waltham Drive
Beverly Hills, MI 48025

```
Laird Plastics
13800 Cavaliere Dr.
Shelby Township, MI 48315


MAC Freight Services, Inc.
44241 Macomb Industrial Dr.
Clinton Township, MI 48036


Magna
750 Tower Drive
Troy, MI 48098


Maxion
39500 Orchard Hill Place, Suite 500
Novi, MI 48375


McMaster-Carr Supply Co
P. O. Box 7690
Chicago, IL 60680-7690


MCW Partners, LLC
28287 Beck Rd., Unit D14
Wixom, MI 48393


Plante & Moran, PLLC
16060 Collections Center Dr.
Chicago, IL 60693


Plastic Omnium
2710 Bellingham Drive
Troy, MI 48083


Protective Life
P. O. Box 2224
Birmingham, AL 35246


QMI Group, Inc.
1645 East Avis Dr.
Madison Heights, MI 48071


Quadient Leasing USA
Dept 3682
P.O. Box 123682
Dallas, TX 75312-3682
```

Ronald Spinner
150 West Jefferson
Suite 2500
Detroit, MI 48226


Rose Pest Solutions
P. O. Box 71400
Madison Heights, MI 48071-0400


Roy Smith Company
21348 Telegraph Rd.
Suite 100
Southfield, MI 48033


Scan Global Logistics
P. O. Box 7410684
Chicago, IL 60674-0684


Sho Link
5 Revere Drive, Suite 200
Norbrook, IL 60062


Sho Link, Inc.
13975 W. Polo Trail Dr.
Suite 101
Lake Forest, IL 60045


Sign/Pictorial & Display Union
Pension Fund
30700 Telegraph Road
Ste 2400
Franklin, MI 48025


Skyline Electrical Contracting
22755 Kelly Rd.
Eastpointe, MI 48021-2036


SPG Engineering
6852 Hitching Post Circle
Huntington Beach, CA 92648


Stellantis
1000 Chrysler Drive
Auburn Hills, MI 48326

Steven A. Roach
150 West Jefferson
Suite 2500
Detroit, MI 48226


Stoneridge Software, LLC
2000 44th St. S.
Suite 101
Fargo, ND 58103


Tenpoint Media Inc.
1783 W. Hamlin Rd.
Rochester, MI 48309


The Sherwin-Williams Co.
13101 Northend St.
Oak Park, MI 48237


TI Automotive
2020 Taylor Road
Auburn Hills, MI 48326


Timberland Landscape
2005 Pontiac Rd.
Suite D
Auburn Hills, MI 48326


Total Plastics Resources, LLC
P. O. Box 788866
Pittsburgh, PA 19178-8866


Universal Manufacturing Corp.
43900 Groesbeck Hwy.
Clinton Township, MI 48036


US Facilities
3000 University Drive
Auburn Hills, MI 48326


Vigilante
2681 Industrial Row
Troy, MI 48084

Webasto
15083 North Road
Fenton, MI 48430


Wells Fargo Finacial Leasing
P.O. Box 77096
Minneapolis, MN 55480-7796


Wilsonart Detroit
P. O. Box 13512
Newark, NJ 07188-0512


Worldwide Express
29228 Network Place
Chicago, IL 60673


Xerox Financial Services
P. O. Box 202882
Dallas, TX 75320-2882